Daniel Mendiola P803536
_Name and Prisoner/Booking Number_

Fourth-Avenue Jail
_Place of Confinement_

201 South Ave
_Mailing Address_

Phoenix AZ 85003
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ✓    LODGED ___
RECEIVED ___   COPY ___

MAY - 8 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Daniel Mendiola
_(Full Name of Plaintiff)_
                      Plaintiff,

vs.

(1) Joseph M. Arpaio
_(Full Name of Defendant)_

(2) _____

(3) _____

(4) _____

                      Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:12-CV-00654-RCB-ECV
_(To be supplied by the Clerk)_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
☐ Other: _____.

2.    Institution/city where violation occurred: 4th Ave Jail, Phx Az 85003

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: <u>Joseph M. Arpaio</u>. The first Defendant is employed as: <u>Sheriff</u> at <u>Maricopa County Sheriffs office</u>.
      (Position and Title)                     (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.
      (Position and Title)                     (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
      (Position and Title)                     (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
      (Position and Title)                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____.
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____.
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____.
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8ᵀᴴ & 14ᵀᴴ Amend

2. **Count I.** Identify the issue involved.  **Check only one.**  State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   Defendant Arpaio sets the policy that houses & feeds pretrial detainees, Plaintiff included, there is a mental health pod located in the jail for those inmates who need it, including the inmates that are deliberately housed with Plaintiff in an "overflow pod", these mentally ill inmates are extracted from their cells so a cleaning crew may sanitize, flush their toilets, takeout trash, change bedding & clothing cause these inmates can't do so themselves. These inmates constantly bang, yell, spread feces & urine & the officers just turn a blind eye to it. The pods are equipted with Nice Vision surveillance cameras that document these actions, the officers are aware yet the inmates remain to be housed with other pretrial detainees. Defendant Arpaio's policy for serving food is cruel, Plaintiff recieves moldy fruit in his lunch bags & officers state that after the lunch is accepted it cannot be returned even if there's moldy food, so more often than not Plaintiff Mendieta is forced to go without the needed minimal nutrition provided by M.C.S.O the chowtrays are served from a cart with no heating & sit in the hallway for hours waiting to be passed out & the meals are cold, our "hot meals" are "cold", unacceptable. Plaintiff is a Pre-trial Detainee and is Innocent till proven guilty. Defendant is aware of this thru the grievance process and his quarterly reports yet fails to resolve the problem.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff is having stomach pains from missing meals, feeling weak; and has headaches; lack of sleep from mentally ill inmates banging & throws up from the spread of urine & fecal matter.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  Grievance was submitted, however was denied by sgt saying that its a kitchen issue & housing is not grievable.

3

## COUNT II

1.   State the constitutional or other federal civil right that was violated: _8th & 14th Amend_

2.   **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_Plaintiff hereby incorporates all facts in Count I into count II_

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_See above stated facts._

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                  ☒ Yes   ☐ No
b.   Did you submit a request for administrative relief on Count II?          ☐ Yes   ☒ No
c.   Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_See above stated facts._

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available
        at your institution?                                               ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why
        you did not. _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff seeks relief in the sum of $100,000.00 from the defendant & that he change the policy to better fix the the deliberate indifference being shown by his employees

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____                    _____
                        DATE                                                    SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date _____ MAY 3 – 2012 _____,

I mailed the original and one copy (1) to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____   Hon _____United States District Court, District of Arizona.

_____   Hon_____United States District Court, District of Arizona.

_____   Attorney General, State of Arizona.

_____   Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____   County Attorney_____, Maricopa County, State of Arizona,

_____   Public Defender_____, Maricopa County, State of Arizona.

_____   Attorney _____

_____   _____

_____

_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                       06/02/08